**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00166-CV**
_____

**IN THE INTEREST OF R.J.M. AND E.K.T.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-237,033**
_____

**MEMORANDUM OPINION**

The trial court signed a final judgment adjudicating parentage in this case on April 8, 2022. Appellant Dalvan Lamar Manns filed a notice of appeal, but he has failed to file a brief. On August 24, 2022, we notified the parties that the appellant's brief had not been filed and that the appeal would be submitted without briefs unless we received appellant's brief and a motion for extension within ten days, and we warned appellant that the appeal could be dismissed for want of prosecution if the appeal was submitted without briefs. On September 20, 2022, we notified the parties

1

that the appeal would be submitted to the Court on October 11, 2022, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See id*. 38.8(a)(1), 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 11, 2022
Opinion Delivered October 20, 2022

Before Golemon, C.J., Kreger and Horton, JJ.

2